IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BARBARA BAUGHN and
DEREK BAUGHN, her husband,

     *Plaintiffs*,

vs.                                                                          Civil Action
                                                                             Case No. 03-2626-KHV-DJW

ELI LILLY AND COMPANY, an Indiana corporation,

     *Defendant*.
_____

### ORDER OF DISMISSAL WITH PREJUDICE

     The parties having filed a Stipulation of Dismissal with Prejudice (doc. #77), and

the Court being fully advised of the premises, it is hereby:

     ORDERED, that Plaintiff's claims in the above-captioned action are dismissed

with prejudice, with all costs to be taxed to the individual parties incurring same.

     SO ORDERED this 31st day of August, 2005.


                    s/ Kathryn H. Vratil
                    Honorable Kathryn H. Vratil
                    United States District Court Judge

- 1 -